FID#: 10557176

RECEIVED
UNITED STATES MARSHAL
2:42 pm, May 04 2021
WESTERN NORTH CAROLINA
CHARLOTTE

# UNITED STATES DISTRICT COURT
for the
Western District of North Carolina

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 0419 3:18CR00145-001 |
| | ) | |
| Joseph Gerell Banks | ) | |
| Defendant | ) | |

FILED
CHARLOTTE, NC

MAY 12 2021

US DISTRICT COURT
WESTERN DISTRICT OF NC

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Joseph Gerell Banks,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint

☐ Probation Violation Petition ☒ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows: See Petition for Warrant.

City and state: Charlotte, NC

Signed: May 4, 2021

David C. Keesler
United States Magistrate Judge

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* 5-6-21
at *(city and state)* Charlotte, NC.

Date: 5-7-21

Arresting officer's signature

Chris Caravon - DUSM
Printed name and title

Case: 3:18-cr-00145-MOC-DCK Document 25 Filed NCWD::Date=HASH(0x40733b8) Page 7 of 7
Case 3:18-cr-00145-MOC-DCK Document 32 Filed 05/12/21 Page 1 of 1